# UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

**Case No. 2:18-md-2846**

**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**This document relates to:**
***Riccardo v. C.R. Bard, Inc., et al.***
**Case No. 2:22-cv-4115**

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Substitute Party and Amend Complaint. (ECF No. 7.) Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

Following Plaintiff's death, Janese Parker was appointed as administrator of Plaintiff's estate. (ECF No. 7.) Plaintiff now moves for the substitution of Janese Parker, as Administrator of the Estate of Denise Riccardo, as the proper plaintiff. (*Id.*) Plaintiff's unopposed Motion to Substitute and Amend Complaint is **GRANTED**. The Clerk is directed to substitute Janese Parker, as Administrator of the Estate of Denise Riccardo, as Plaintiff in place of Denise Riccardo.

**IT IS SO ORDERED.**


**2/7/2024**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**